FILLMORE L. HALL, Appellant, *v.* ROBERT G. BARDOL et al., Respondents.

Argued March 10, 1941; decided April 17, 1941.

*Clayton M. Smith* for appellant.
*Harold J. Adams* and *Percy R. Smith* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.